**Order entered November 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00754-CR

### OLIVER VERNON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F14-34899-Y

## ORDER

Before the Court is appellant's November 25, 2019 first motion for extension of time to file his brief. We **GRANT** the motion. Appellant's brief shall be due by **December 23, 2019**.

/s/     BILL PEDERSEN, III
        JUSTICE